**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re State Farm Mutual Automobile Insurance Company

Appellate case number:   01-19-00821-CV

Trial court case number: 2019-26133

Trial court:                      113th District Court of Harris County

Real party in interest, Amanda Marie Sanchez Garza, filed a second unopposed motion for extension of time to file her response to relator's petition for writ of mandamus. The motion is **granted**. Real party in interest's response brief is due February 7, 2020.

It is so ORDERED.

Judge's signature:  _____ /s/ Russell Lloyd_____
                                  Acting individually

Date:  January 9, 2020